```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
EDWIN FELIZ CONTRERAS,                                       :
                                Plaintiff,                   :
                                                             :          22 Civ. 10317 (LGS)
                -against-                                    :
                                                             :                 ORDER
EXPERIAN INFORMATION SOLUTIONS,                              :
INC.,                                                        :
                                Defendant.                   :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on March 1, 2023, at 4:00 P.M. It is hereby

**ORDERED** that, as discussed at the conference, Plaintiff shall file an amended complaint by **March 22, 2023**. It is further

**ORDERED** that the parties shall proceed with a settlement conference before Magistrate Judge Aaron. In advance of that conference, the parties shall confer about what documents, if any, should be exchanged to inform their discussion. At the conclusion of the settlement conference, the parties shall file a joint letter apprising the Court of the status of their discussion. It is further

**ORDERED** that formal discovery is stayed until after the settlement conference.

The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se Plaintiff.

Dated: March 2, 2023
       New York, New York

                                                                      LORNA G. SCHOFIELD
                                                                      UNITED STATES DISTRICT JUDGE