USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Edwin Feliz Contreras,

                    **Plaintiff,**

          **-against-**

Experian Information Solutions, Inc.,

                    **Defendant.**

**1:22-cv-10317 (LGS) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of a request, via email, by Defendant for the settlement conference scheduled for May 18, 2023 at 2:00 p.m. (*see* Order, ECF No. 18) to occur remotely, rather than in person, because Defendant's representative is out of state. Plaintiff responded to Defendant's email indicating that he opposes this request. It is hereby Ordered that the settlement conference shall occur in person, as previously scheduled, except that Defendant's representative may participate via telephone. The Court will provide dial-in information to Defendant prior to the conference.

**SO ORDERED.**

DATED:      New York, New York
            April 12, 2023

_____
STEWART D. AARON
United States Magistrate Judge