UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
EDWIN FELIZ CONTRERAS,                    :
                        Plaintiff,   :
:        22 Civ. 10317 (LGS)
      -against-                        :
:        <u>ORDER</u>
EXPERIAN INFORMATION SOLUTIONS,  :
INC.,                                     :
                      Defendant.   :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated March 2, 2023, directed the parties to proceed with a settlement conference before Magistrate Judge Aaron and to file at the conclusion of the conference a joint letter apprising the Court of the status of their discussion;

      WHEREAS, the settlement conference was held on May 18, 2023;

      WHEREAS, no status letter has been filed.  It is hereby

      **ORDERED** that, by **June 9, 2023**, the parties shall file a joint letter on the status of their settlement discussion.

Dated: June 5, 2023
       New York, New York

                                               LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE