UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN FELIZ CONTRERAS,<br><br>       Plaintiff,<br><br>    -against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>       Defendant. | 22-cv-10317 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On September 6, 2023, Defendant submitted a letter motion requesting leave to file a motion to compel. Dkt. 30. Defendant also requested a three-month discovery extension. *Id.* First, the parties are reminded to review this Court's Individual Practices, particularly those addressing discovery disputes. Second, by **September 7, 2023, at noon**, the parties SHALL confer and propose a set of mutually agreeable times for a teleconference to take place within **one week**.

  SO ORDERED.

Dated: September 6, 2023
    New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge